UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Case No.: 24-41628 (WJF)

Chapter 7 Case

In Re:

Darryon J'meil Hoskins,

Debtor.

# ORDER GRANTING
# MOTION TO LIFT THE AUTOMATIC STAY

This case came before the court on September 17, 2024 on the motion of creditor 120 Hennepin (MN) LLC ("120 Hennepin") for relief from the automatic stay imposed by 11 U.S.C. § 362(a). An appearance was made by Malcolm Terry for the Movant. Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that 120 Hennepin may exercise its rights and remedies under applicable nonbankruptcy law with respect to debtor Hoskins' or the bankruptcy estate's interests in the property Hoskins leases from 120 Hennepin located at 120 Hennepin Avenue, Apartment 114, Minneapolis, Minnesota 55401.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *September 17, 2024*

*/e/William J. Fisher*

William J. Fisher
United States Bankruptcy Judge