| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Darryon J'meil Hoskins<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3578<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of Minnesota | |
| Case number: | 24–41628 | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Darryon J'meil Hoskins

**By the court:** <u>William J Fisher</u>
United States Bankruptcy Judge

<u>9/19/24</u>

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Minnesota

In re:  
Darryon J'meil Hoskins  
    Debtor

Case No. 24-41628-WJF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: admin      Page 1 of 4  
Date Rcvd: Sep 19, 2024      Form ID: mb318jo1      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Darryon J'meil Hoskins, 120 Hennepin Ave Unit 114-2, Minneapolis, MN 55401-1905 |
| intp | + | 120 Hennepin (MN) LLC, 400 Locust St, STE 790, Des Moines, IA 50309-2347 |
| 63190453 | | Auto Fin Sol, 2033 Laporte Rd, Waterloo, IA 50702-4404 |
| 63190454 | + | Bank of America, c/o Advanced Call Center Tech, PO Box 8457, Gray, TN 37615-0457 |
| 63190456 | | Bank of the West, Po Box 6150, Carol Stream, IL 60197-6150 |
| 63190464 | + | CPS, 300 N Tucker Blvd, Ste 7006, St. Louis, MO 63101-1942 |
| 63190457 | + | Capital One, P.O. Box 98707, Las Vegas, NV 89193-8707 |
| 63190468 | | Daeton Hoskins, 319 Rhey St, Waterloo, IA 50703-4917 |
| 63190469 | + | First Source, 10400 Linn Station Road Ste 100, Louisville, KY 40223-3839 |
| 63190474 | + | Hanbery & Turner PA, 33 South 6th Street 4160, Minneapolis, MN 55402-3725 |
| 63190478 | + | Jeff Belzer's Chevrolet, 21111 CEDAR AVE, Lakeville, MN 55044-9089 |
| 63190480 | + | Maverick North Loop Apartments, 120 Hennepin Ave, Minneapolis, MN 55401-1903 |
| 63190485 | | Payday America, 181 S River Ridge Cir, Burnsville, MN 55337-1627 |
| 63190486 | + | Premier Bank, 2866 White Bear Ave N, Saint Paul, MN 55109-1384 |
| 63190488 | | Range Collections, Po Box 706, Hibbing, MN 55746-0706 |
| 63190495 | | Thomas N Lokkesome, 1040 E Travelers Trl, Burnsville, MN 55337-6850 |
| 63190496 | | Timothy Kehr, 7723 S 131st Plz Apt 21, Omaha, NE 68138-4064 |
| 63190504 | | Washington MN Partners LLC, 313 Washington Ave S, Minneapolis, MN 55415-1471 |
| 63190505 | + | Weidner Apartment Homes MN, Attn: Bankruptcy, 130 Cheshire Lane 55305-1053 |
| 63190507 | | West Lake Quarter, 3430 List Pl, Minneapolis, MN 55416-4559 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Sep 20 2024 01:18:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Sep 19 2024 21:28:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Sep 19 2024 21:28:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63190452 | | EDI: ATTWIREBK.COM | Sep 20 2024 01:18:00 | AT&T, c/o Bankruptcy, 2270 Lakeside Blvd Fl 7, Richardson, TX 75082-4304 |
| 63190451 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 19 2024 21:51:54 | Affirm, 633 Foslom Street 7th Floor, San Francisco, CA 94107-3618 |
| 63190455 | + | Email/Text: jcissell@bankofmissouri.com | Sep 19 2024 21:28:00 | Bank of Missouri, 916 N. Kingshighway St., Perryville, MO 63775-1204 |
| 63190458 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 19 2024 21:29:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 63190459 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Sep 19 2024 21:29:00 | CenterPoint Energy, PO Box 1700, Houston, TX 77251-9857 |

Case 24-41628   Doc 27   Filed 09/21/24   Entered 09/21/24 23:31:14   Desc Imaged
              Certificate of Notice   Page 4 of 6

| District/off: 0864-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: mb318jo1 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 63190472 | | Email/Text: collectionadmin@genesiscred.com | Sep 19 2024 21:28:00 | Genesis Credit Management, Po Box 1550, Sunnyside, WA 98944-3550 |
| 63190461 | ^ | MEBN | Sep 19 2024 21:21:18 | ChimeFIN/Stride Bank, Po Box 417, San Francisco, CA 94104-0417 |
| 63190462 | + | Email/Text: ANGIES@GENESISCRED.COM | Sep 19 2024 21:28:00 | Columbia Debt Recovery, Po Box 3630, Everett, WA 98213-8630 |
| 63190463 | + | EDI: COMCASTCBLCENT | Sep 20 2024 01:18:00 | Comcast, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 63190465 | | Email/Text: bankruptcy@credencerm.com | Sep 19 2024 21:29:00 | Credence Resource Management, 4222 Trinity Mills Rd Ste 260, Dallas, TX 75287-7666 |
| 63190466 | + | EDI: CCS.COM | Sep 20 2024 01:18:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 63190467 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2024 21:36:34 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 63190471 | + | EDI: AMINFOFP.COM | Sep 20 2024 01:18:00 | FST Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 63190470 | + | Email/Text: bankruptcy@flagshipcredit.com | Sep 19 2024 21:29:00 | Flagship Credit Acceptance LLC, 1234 Lakeshore Dr, Coppell, TX 75019-5168 |
| 63190473 | ^ | MEBN | Sep 19 2024 21:21:43 | Greendot, Po Box 5100, Pasadena, CA 91117-0100 |
| 63190475 | + | Email/Text: bankruptcy@rentacenter.com | Sep 19 2024 21:29:00 | Home Choice, ATTN: Customer Care, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 63190476 | | EDI: LCIICSYSTEM | Sep 20 2024 01:18:00 | IC Systems, Po Box 64378, Saint Paul, MN 55164-0378 |
| 63190477 | | EDI: PHINGENESIS | Sep 20 2024 01:18:00 | Indigo Mastercard, Po Box 4477, Beaverton, OR 97076-4401 |
| 63190460 | | EDI: JPMORGANCHASE | Sep 20 2024 01:18:00 | Chase Bank, Mail Code OH1-1272, 340 S Cleveland Ave Bldg 370, Westerville, OH 43081-8917 |
| 63190479 | | EDI: JEFFERSONCAP.COM | Sep 20 2024 01:18:00 | Jefferson Capital Systems, 200 14th Ave E, Sartell, MN 56377-4500 |
| 63190483 | | Email/Text: EBN@Mohela.com | Sep 19 2024 21:28:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 63190481 | + | Email/Text: cc-bklitigation@messerlikramer.com | Sep 19 2024 21:28:00 | Messerli & Kramer, 3033 Campus Drive Suite 250, Plymouth, MN 55441-2685 |
| 63190482 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 21:29:00 | Midland Credit Management, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 63190484 | | Email/Text: bankruptcy@nationalcreditsystems.com | Sep 19 2024 21:28:00 | National Credit Systems, 3750 Naturally Fresh Blvd, Atlanta, GA 30349-2964 |
| 63190487 | | Email/Text: bankruptcy@gopfs.com | Sep 19 2024 21:29:00 | Prestige Financial Services, 1420 South 500 West, Salt Lake City, UT 84115 |
| 63190489 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 19 2024 21:50:44 | Regional Acceptance, 1424 East Fire Tower Rd, Greenville, NC 27858-4105 |
| 63190491 | + | Email/Text: bankruptcy@self.inc | Sep 19 2024 21:28:00 | SELF/LEAD BANK, 901 E 6th St # 400, Austin, TX 78702-3206 |
| 63190490 | + | Email/Text: bankruptcy@self.inc | Sep 19 2024 21:28:00 | Self Financial, 515 Congress Ave Ste 2200, Austin, TX 78701 |
| 63190492 | | Email/Text: bankruptcy@sequium.com | Sep 19 2024 21:28:00 | Sequium Asset Solutions, 1130 Northchase Parkway Suite 150, Marietta, GA 30067 |
| 63190493 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 19 2024 21:28:00 | Sezzle Inc, 251 1st Ave N, Minneapolis, MN |

| Recipient # | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 63190494 | Email/Text: bankruptcy@springoakscapital.com | Sep 19 2024 21:28:00 | Spring Oaks Capital LLC, Po Box 1216, Chesapeake, VA 23327-1216 |
| 63190497 | EDI: AISTMBL.COM | Sep 20 2024 01:18:00 | T-Mobile, Bankruptcy, Po Box 53410, Bellevue, WA 98015-3410 |
| 63190498 | Email/Text: accountservicing@trueaccord.com | Sep 19 2024 21:28:00 | True Accord, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 63190500 | EDI: USBANKARS.COM | Sep 20 2024 01:18:00 | US BANK, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 63190499 | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Sep 19 2024 21:28:00 | United States Trustee, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| 63190502 | + EDI: VERIZONCOMB.COM | Sep 20 2024 01:18:00 | VERIZON WIRELESS, PO BOX 3397, BLOOMINGTON, IL 61702-3397 |
| 63190501 | Email/Text: bankruptcy@veridiancu.org | Sep 19 2024 21:29:00 | Veridian Credit Union, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 63190503 | + Email/Text: curtwalkerbky@gmail.com | Sep 19 2024 21:28:00 | Walker & Walker Law Office, 4356 Nicollet Ave, Minneapolis, MN 55409-2097 |
| 63190506 | + EDI: WFFC2 | Sep 20 2024 01:18:00 | Wells Fargo, Attn: Bankruptcy Department, 420 Montgomery St, San Francisco, CA 94104-1298 |
| 63190508 | Email/Text: dlbankruptcy_estate@xcelenergy.com | Sep 19 2024 21:28:00 | Xcel Energy, 414 Nicollet Mall, Minneapolis, MN 55401-1927 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Darryon J'meil Hoskins curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Malcolm P. Terry | on behalf of Interested Party 120 Hennepin (MN) LLC mterry@bernicklifson.com pmullenbach@bernicklifson.com |
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |

Case 24-41628   Doc 27   Filed 09/21/24   Entered 09/21/24 23:31:14   Desc Imaged
Certificate of Notice   Page 6 of 6

US Trustee
                ustpregion12.mn.ecf@usdoj.gov

TOTAL: 4